**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Houston International Insurance Group
   800 Gessner Road
   Houston, TX 77024

   9590 9402 1428 5329 5877 53

2. Article Number (Transfer from service label)

   7018 0360 0000 0518 8878

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent
                      ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

OFFICIAL USE

7018 0360 0000 0518 8878

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage  $
Total Postage and Fees  $

Postmark Here

Sent To: (HIIG) Houston International Ins. Grp
Street and Apt. No., or PO Box No.: 800 Gessner Rd.
City, State, ZIP+4: Houston, TX 77024

# EXHIBIT 14

Filed: 11/14/2018 1:58 PM
Dubois Circuit Court
Dubois County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE DUBOIS COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF DUBOIS | ) | CAUSE NO. 19C01-1810-PL-000730 |

MEMORIAL HOSPITAL AND HEALTH )
CARE CENTER, )
　　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　)
vs. )
　　　　　　　　　　　　　　　　　　　　)
HOUSTON INTERNATIONAL )
INSURANCE GROUP, HIIG ACCIDENT )
& HEALTH, GREAT MIDWEST )
INSURANCE COMPANY, and WebTPA, )
　　　　　　　　　　　　　　　　　　　　)
　　　Defendants. )

## RETURN ON SERVICE OF SUMMONS BY CERTIFIED MAIL

I hereby certify that the attached return receipt was received by the defendant on the 5th day of November, 2018.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant **WebTPA** was delivered to 8500 Freeport Pkwy South, Suite 400, Irving, TX 75063 on the 5th day of November, 2018.

Respectfully submitted,

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

/s/N. Kent Smith
N. Kent Smith, Attorney No. 1777-49
Andrew B. Howk, Attorney No. 30684-49
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
500 N. Meridian Street, Suite 400
Indianapolis, IN 46204-1293
Telephone No: (317) 633-4884
Facsimile No: (317) 633-4878
*Attorneys for Plaintiff, Memorial Hospital and Health Care Center*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2018, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I also certify that on November 14, 2018, the foregoing document was served all counsel of record via IEFS.

                                              /s/ N. Kent Smith
                                              N. Kent Smith

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
500 North Meridian Street, Suite 400
Indianapolis, Indiana 46204-1293
Telephone No: (317) 977-1419
Facsimile No: (317) 633-4878

4824-3586-1627v1





# EXHIBIT 15

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE DUBOIS CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF DUBOIS | ) | CAUSE NO. 19C01-1810-PL-000730 |

MEMORIAL HOSPITAL AND HEALTH CARE CENTER, )
)
    Plaintiff, )
)
v. )
)
HOUSTON INTERNATIONAL INSURANCE GROUP, HIIG ACCIDENT & HEALTH, GREAT MIDWEST INSURANCE COMPANY, and WEBTPA, )
)
    Defendants.

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:

    Initiating _____ Responding _X_ Intervening _____; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties: <u>Defendants Houston International Insurance Group, HIIG Accident & Health, and Great Midwest Insurance Company</u>

2. Attorney information for service as required by Trial Rule 5(B)(2):

    **Sally Franklin Zweig, No. 11367-49**       KATZ KORIN CUNNINGHAM PC
    **Kristopher N. Kazmierczak, No. 19430-49**    334 North Senate Avenue
    szweig@kkclegal.com      Indianapolis, Indiana 46204-1708
    kkaz@kkclegal.com      Telephone No.: 317-464-1100
         Fax No.: 317-464-1111

    **IMPORTANT**: Each attorney specified on this appearance:

    (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
    (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
    (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys

contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov

3. Case type requested: __n/a__

4. This case involves child support issues: Yes ___ No _X_

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order. Yes ___ No _X_

6. This case involves a petition for involuntary commitment. Yes ___ No _X_

7. Are there related cases? Yes ___ No _X_

8. Additional information required by state or local rule: none.

9. There are other party members: Yes ___ No _X_ (listed on continuation page.)

10. This form has been served on all other parties and a Certificate of Service is indicated below or attached: Yes _X_ No ___

Date: November 28, 2018.

Respectfully submitted,

*s/Kristopher N. Kazmierczak*
Sally Franklin Zweig, No. 11367-49
Kristopher N. Kazmierczak, No. 19430-49
KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, IN 46204
Office: (317) 464-1100; Fax: (317) 464-1111
szweig@kkclegal.com
kkaz@kkclegal.com

*Attorneys for Defendants Houston International Insurance Group, HIIG Accident & Health, and Great Midwest Insurance Company*

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the Indiana E-Filing System ("IEFS") and that the foregoing document was served upon the following persons using the service contacts entered in the IEFS:

| | |
|---|---|
| N. Kent Smith | ksmith@hallrender.com |
| Andrew B. Howk | ahowk@hallrender.com |
| HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C. | |
| | |
| Theodore Blanford | tblanford@humesmith.com |
| Mark Michael Holdridge | mholdridge@humesmith.com |
| HUME SMITH GEDDES GREEN AND SIMMONS, LLP | |

                                              *s/Kristopher N. Kazmierczak*
                                              Kristopher N. Kazmierczak

Sally Franklin Zweig
Kristopher N. Kazmierczak
KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, IN 46204
Office: (317) 464-1100; Fax: (317) 464-1111
szweig@kkclegal.com
kkaz@kkclegal.com

# EXHIBIT 16

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE DUBOIS CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF DUBOIS | ) | CAUSE NO. 19C01-1810-PL-000730 |

MEMORIAL HOSPITAL AND HEALTH CARE CENTER,

    Plaintiff,

v.

HOUSTON INTERNATIONAL INSURANCE GROUP, HIIG ACCIDENT & HEALTH, GREAT MIDWEST INSURANCE COMPANY, and WEBTPA,

    Defendants.

**DEFENDANTS HOUSTON INTERNATIONAL INSURANCE GROUP, HIIG ACCIDENT & HEALTH, AND GREAT MIDWEST INSURANCE COMPANY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Houston International Insurance Group, HIIG Accident & Health, and Great Midwest Insurance Company (collectively, "Defendants") respectfully move for an enlargement of time of thirty (30) days up to and including December 26, 2018 in which to answer or otherwise respond to Plaintiff's Complaint, and in support of this Motion state:

    1.    Plaintiff's Complaint was filed on October 29, 2018.

    2.    Undersigned counsel was recently retained to represent Defendants and is in need of additional time to perform due diligence, investigate and respond to the Complaint.

    3.    Defendants' counsel from Houston, Texas, Blaire Johnson, contacted Plaintiff's counsel, and Plaintiff's counsel have no objection to a thirty (30) day enlargement of time to and including December 26, 2018 to respond to the Complaint.

-2-

WHEREFORE, Defendants Houston International Insurance Group, HIIG Accident & Health, and Great Midwest Insurance Company respectfully request the Court to enter an order granting an enlargement of time, up to and including December 26, 2018, in which to answer or otherwise respond to Plaintiff's Complaint, and for all other relief that is just and proper in the premises.

Dated:  November 28, 2018.

Respectfully submitted,

s/Kristopher N. Kazmierczak
Sally Franklin Zweig, No. 11367-49
Kristopher N. Kazmierczak, No.  19430-49
KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, IN 46204
Office: (317) 464-1100; Fax: (317) 464-1111
szweig@kkclegal.com
kkaz@kkclegal.com

*Attorneys for Defendants Houston International Insurance Group, HIIG Accident & Health, and Great Midwest Insurance Company*

Nothing

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the Indiana E-Filing System ("IEFS") and that the foregoing document was served upon the following persons using the service contacts entered in the IEFS:

| | |
|---|---|
| N. Kent Smith | ksmith@hallrender.com |
| Andrew B. Howk | ahowk@hallrender.com |
| HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C. | |
| | |
| Theodore Blanford | tblanford@humesmith.com |
| Mark Michael Holdridge | mholdridge@humesmith.com |
| HUME SMITH GEDDES GREEN AND SIMMONS, LLP | |

                                        *s/Kristopher N. Kazmierczak*
                                        Kristopher N. Kazmierczak

Sally Franklin Zweig
Kristopher N. Kazmierczak
KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, IN 46204
Office: (317) 464-1100; Fax: (317) 464-1111
szweig@kkclegal.com
kkaz@kkclegal.com