IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA EVANSVILLE DIVISION

| | |
|---|---|
| MEMORIAL HOSPITAL AND HEALTH CARE CENTER, | ) ) ) |
| Plaintiff, | ) ) ) CASE NO. 3:18-cv-00225-RLY-MPB |
| v. | ) ) |
| HOUSTON INTERNATIONAL INSURANCE GROUP, HIIG ACCIDENT & HEALTH, GREAT MIDWEST INSURANCE COMPANY, and WEBTPA, | ) ) ) ) ) ) |
| Defendants. | ) |

## WebTPA's PRELIMINARY WITNESS LIST

COMES NOW, Defendant, WebTPA, by counsel, and pursuant to the Court's Case Management Plan, hereby submits the following Preliminary Witness List.

### WITNESS LIST

1. Lisa Tranberg
   WebTPA, an AmWINS Group Company
   8500 Freeport Parkway South, Suite 400
   Irving, Texas  75063

2. Shannon Junek
   WebTPA, an AmWINS Group Company
   8500 Freeport Parkway South, Suite 400
   Irving, Texas  75063

3. Dion Lobel
   WebTPA, an AmWINS Group Company
   8500 Freeport Parkway South, Suite 400
   Irving, Texas  75063

4. Cara Barzeal
   WebTPA, an AmWINS Group Company
   8500 Freeport Parkway South, Suite 400
   Irving, Texas  75063

5. Kristina Shelton
   WebTPA, an AmWINS Group Company
   8500 Freeport Parkway South, Suite 400
   Irving, Texas  75063

6. Kathy Mott
   WebTPA, an AmWINS Group Company
   8500 Freeport Parkway South, Suite 400
   Irving, Texas  75063

7. Jenn Alexinas
   WebTPA, an AmWINS Group Company
   8500 Freeport Parkway South, Suite 400
   Irving, Texas  75063-1930

8. Stephanie Watson, VP of Claims HIIG

9. All witnesses identified by Plaintiff or Co-defendant.

Defendant respectfully reserves the right to supplement or amend its Preliminary Witness List as discovery continues.

Respectfully submitted,

 /s/Mark M. Holdridge
Theodore J. Blanford, #4177-49
Mark M. Holdridge, #26413-49
HUME SMITH GEDDES GREEN & SIMMONS, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana  46204
Telephone:  (317) 632-4402
Facsimile:  (317) 632-5595
tblanford@humesmith.com
mholdridge@humesmith.com

Attorneys for WebTPA

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2019, I electronically filed the foregoing with the Clerk of the Court.  I further certify that I E-served using the E-file system the following:

N. Kent Smith
Andrew B. Howk
HALL RENDER KILLIAN HEATH
& LYMAN, P.C.
500 North Meridian Street, Suite 400
Indianapolis, Indiana  46204
ksmith@hallrender.com
ahowk@hallrender.com
Attorneys for Plaintiff

Kristopher N. Kazmierczak
Sally F. Zweig
KATZ KORIN CUNNINGHAM, P.C.
The Emelie Building
334 North Senate Avenue
Indianapolis, IN 46204
kkaz@kkclegal.com
szweig@kkclegal.com

Thomas F. A. Hetherington, Texas Bar No. 24007359
Blaire B. Johnson, Texas Bar No. 24064968
Jennifer H. Frank, Texas Bar No. 24087537
MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Tom.Hetherington@emhllp.com
Blaire.Johnson@emhllp.com
Jennifer.frank@emhllp.com
Attorneys for Houston International Insurance Group

       /s/Mark M. Holdridge
      Mark M. Holdridge