**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| **MEMORIAL HOSPITAL AND HEALTH CARE CENTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **C.A. 3:18-cv-00225-RLY-MPB** |
| ) | |
| **HOUSTON INTERNATIONAL INSURANCE GROUP, HIIG ACCIDENT & HEALTH, GREAT MIDWEST INSURANCE COMPANY, and WEBTPA,** ) | |
| ) | |
| **Defendants.** ) | |

<u>**DEFENDANTS HOUSTON INTERNATIONAL INSURANCE GROUP, LTD.,**</u>
<u>**GREAT MIDWEST INSURANCE COMPANY, AND**</u>
<u>**HIIG ACCIDENT & HEALTH'S PRELIMINARY WITNESS LIST**</u>

COME NOW, Defendants Houston International Insurance Group, Ltd.,[1] Great Midwest Insurance Company and HIIG Accident & Health[2] (collectively, "Defendants"), by and through their counsel, and submit their preliminary witness list pursuant to the Court's Case Management Order:

1.   **Richard Pea**
Memorial Hospital and Health Care Center
800 West 9th Street
Jasper, IN 47546

2.   **Jean Casolaro**
Gregory & Appel Insurance
1402 N. Capitol Avenue #400
Indianapolis, IN 46202

---

[1]   Defendant Houston International Insurance Group, Ltd. is merely a parent company and, therefore, is not a proper defendant in this matter.

[2]   Defendant HIIG Accident & Health is a division of Defendant Great Midwest Insurance Company and does not exist as an independent entity; therefore, it is not a proper defendant in this matter.

3.      **Dr. James Considine**
        Considine & Associates
        25401 Cabot Road, Suite 200
        Laguna Hills, CA 92653

4.      **Sheila Rich**
        HIIG
        c/o Blaire B. Johnson
        1001 Fannin Street, Suite 2700
        Houston, Texas 77002

5.      **Stephanie Watson**
        HIIG
        c/o Blaire B. Johnson
        1001 Fannin Street, Suite 2700
        Houston, Texas 77002

6.      **Any witnesses identified by Plaintiff or other defendants.**

7.      **Any witnesses necessary for foundation or rebuttal.**

8.      **Any witnesses necessary for impeachment.**

Defendants reserve the right to supplement or amend this preliminary witness list based

upon the results of further investigation and discovery.

Dated: April 12, 2019.

Respectfully submitted,

By: */s/ Blaire B. Johnson*
        Thomas F. A. Hetherington**
        Texas Bar No. 24007359
        Blaire B. Johnson*
        Texas Bar No. 24064968
        Jennifer H. Frank**
        Texas Bar No. 24087537

MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone:  (713) 337-5580
Facsimile:  (713) 337-8850
Email:  Tom.Hetherington@mhllp.com

Email:  Blaire.Johnson@mhllp.com
Email : Jennifer.Frank@mhllp.com

*Admitted*
**To be admitted*

Sally Franklin Zweig, No. 11367-49
Kristopher N. Kazmierczak, No.  19430-49
KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, Indiana  46204
Office: (317) 464-1100
Fax: (317) 464-1111
szweig@kkclegal.com
kkaz@kkclegal.com

**ATTORNEYS FOR DEFENDANTS HOUSTON INTERNATIONAL INSURANCE GROUP, HIIG ACCIDENT & HEALTH, AND GREAT MIDWEST INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April 2019, a copy of the foregoing was sent to the following parties by email:

N. Kent Smith
Andrew B. Howk
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
500 North Meridian Street, Suite 400
Indianapolis, Indiana 46204-1293

Theodore Blanford
Mark Michael Holdridge
HUME SMITH GEDDES GREEN AND SIMMONS, LLP
54 Monument Circle, Fourth Floor
Indianapolis, Indiana 46204-2996


*s/ Blaire B. Johnson*
Blaire B. Johnson




MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone:  (713) 337-5580
Facsimile:  (713) 337-8850
Email:  Tom.Hetherington@mhllp.com
Email:  Blaire.Johnson@mhllp.com
Email : Jennifer.Frank@mhllp.com