# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| MEMORIAL HOSPITAL AND HEALTH CARE CENTER, ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | C.A. 3:18-cv-00225-RLY-MPB |
| HOUSTON INTERNATIONAL INSURANCE GROUP, HIIG ACCIDENT & HEALTH, GREAT MIDWEST INSURANCE COMPANY, and WEBTPA, ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

### DEFENDANTS HOUSTON INTERNATIONAL INSURANCE GROUP, LTD., GREAT MIDWEST INSURANCE COMPANY, AND HIIG ACCIDENT & HEALTH'S PRELIMINARY EXHIBIT LIST

COME NOW, Defendants Houston International Insurance Group, Ltd.,[1] Great Midwest Insurance Company and HIIG Accident & Health[2] (collectively, "Defendants"), by and through their counsel, and submit their preliminary exhibit list pursuant to the Court's Case Management Order:

1. Copy of stop loss policy no. GMICMSL 2016 10108;

2. Non-privileged documents and correspondence related to and received in connection with stop loss policy no. GMICMSL 2016 10108;

3. Non-privileged documents and correspondence related to and received in connection with the requests for reimbursement under stop loss policy no.

---

[1] Defendant Houston International Insurance Group, Ltd. is merely a parent company and, therefore, is not a proper defendant in this matter.

[2] Defendant HIIG Accident & Health is a division of Defendant Great Midwest Insurance Company and does not exist as an independent entity; therefore, it is not a proper defendant in this matter.

       GMICMSL 2016 10108;

4. Policy underwriting file, including any correspondence and documents (including reports, plans, spreadsheets, summaries, etc.) submitted and/or considered in connection with underwriting of stop loss policy no. GMICMSL 2016 10108;

5. The claim file for the request(s) for reimbursement under stop loss policy no. GMICMSL 2016 10108 that is/are the subject of this lawsuit.

6. Communications between or among any of the parties pertaining to the requests for reimbursement under stop loss policy no. GMICMSL 2016 10108;

7. Medical and billing records that pertain to the claims at issue in this lawsuit;

8. Considine report(s);

9. Any exhibits identified by Plaintiff or other defendants.

Defendants' listing of exhibits on this exhibit list does not waive any objections to the authenticity of the same. Defendants reserve the right to replace any above-listed exhibit with an alternate version that may be a better or more complete copy. Defendants reserve the right to supplement or amend this preliminary exhibit list based upon the results of further investigation and discovery.

       Dated: April 12, 2019.

                                    Respectfully submitted,

                                    By:  */s/ Blaire B. Johnson*
                                         Thomas F. A. Hetherington**
                                         Texas Bar No. 24007359
                                         Blaire B. Johnson*
                                         Texas Bar No. 24064968
                                         Jennifer H. Frank**
                                         Texas Bar No. 24087537

                                     McDowell Hetherington LLP
                                     1001 Fannin Street, Suite 2700

Houston, Texas 77002
Telephone:  (713) 337-5580
Facsimile:  (713) 337-8850
Email:  Tom.Hetherington@mhllp.com
Email:  Blaire.Johnson@mhllp.com
Email : Jennifer.Frank@mhllp.com

*\* Admitted*
*\*\*To be admitted*

Sally Franklin Zweig, No. 11367-49
Kristopher N. Kazmierczak, No.  19430-49
KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, Indiana  46204
Office: (317) 464-1100
Fax: (317) 464-1111
szweig@kkclegal.com
kkaz@kkclegal.com

**ATTORNEYS FOR DEFENDANTS HOUSTON INTERNATIONAL INSURANCE GROUP, HIIG ACCIDENT & HEALTH, AND GREAT MIDWEST INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 12th day of April 2019, a copy of the foregoing was sent to the following parties by email:

N. Kent Smith
Andrew B. Howk
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
500 North Meridian Street, Suite 400
Indianapolis, Indiana 46204-1293

Theodore Blanford
Mark Michael Holdridge
HUME SMITH GEDDES GREEN AND SIMMONS, LLP
54 Monument Circle, Fourth Floor
Indianapolis, Indiana 46204-2996

                *s/ Blaire B. Johnson*
                Blaire B. Johnson

MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
Email: Tom.Hetherington@mhllp.com
Email: Blaire.Johnson@mhllp.com
Email : Jennifer.Frank@mhllp.com