IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MEMORIAL HOSPITAL AND HEALTH CARE CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>HOUSTON INTERNATIONAL INSURANCE GROUP, HIIG ACCIDENT & HEALTH, GREAT MIDWEST INSURANCE COMPANY,<br><br>    Defendants. | Case No: 3:18-cv-225-RLY-MPB |

## ORDER OF DISMISSAL

This matter having come before the Court on the Stipulation of Dismissal with Prejudice, filed by the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and the Court having fully considered the parties' Stipulation and being otherwise duly advised in the premises, now finds that the Stipulation should be **APPROVED**;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned matter shall be, and is hereby, dismissed in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

Dated: 10/31/2019

                                            RICHARD L. YOUNG, JUDGE
                                            United States District Court
                                            Southern District of Indiana

Served electronically on all
ECF-registered counsel of record